## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JUSTIN JENNINGS,  PLAINTIFF
ADC #109702

v.  No. 5:14CV00038 JLH-JTK

CCS MEDICAL STAFFING, et al.  DEFENDANTS

### **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of April, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE